UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN SPAZIANI,

    Plaintiff,

v.                                                                                           4:04cv474-WS

BOH BROS. CONSTRUCTION, CO.,
L.L.C.,

    Defendant.

_____

## NOTICE TO PARTIES

In view of the suggestion of death filed by the plaintiff's counsel, the court requests that counsel for the respective parties confer and advise the court what they anticipate the course of proceedings in this case will be. If counsel need to confer with the court, kindly advise Deputy Clerk Anita Sullivan at (850) 521-3501, and a hearing will be scheduled. The court will take no further action on any pending motions until the court hears from counsel.

    DONE AND ORDERED this July 15, 2005.

                                        /s William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE