UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN SPAZIANI,

      Plaintiff,

v.                                                                                   4:04cv474-WS

BOH BROS. CONSTRUCTION, CO.,
L.L.C.,

      Defendant.

_____

## ORDER GRANTING MOTION FOR SUBSTITUTION

Before the court is the plaintiff's motion (doc. 14) for substitution of personal representative of the estate for the deceased plaintiff, John Spaziani.  Counsel for the plaintiff represents that the defendant has no objection to the granting of this motion.

Accordingly, it is ORDERED:

1. The plaintiff's motion for substitution (doc. 14) is GRANTED.

2. Heather D. Curry, as Personal Representative of the Estate of John B. Spaziani, shall be substituted for the plaintiff, John Spaziani.

DONE AND ORDERED this July 28, 2005.

                                            /s William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE